UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CARL RIAN,

               Plaintiff,

     -against-                                   08-CV-1248 (SAS)

SMITHKLINE BEECHAM CORPORATION,       **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

               Defendants.
--------------------------------------------------------x

STATE OF NEW YORK       )
                                   ) ss.:
COUNTY OF NEW YORK    )

       The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

       That, on the 7th day of March, 2008, she caused to be served the within RULE 7.1 STATEMENT by first class mail upon:

| | |
|---|---|
| Victoria Jennings Maniatis | David Eisbrouch |
| Morelli Ratner, P.C. | Balkin & Eisbrouch, LLC |
| 950 Third Avenue | 50 Main Street |
| New York, NY 10022 | Hackensack, NJ 07061 |

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Bridget Casey

Sworn to before me this
7th day of March, 2008

_____
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 20 11