UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARL RIAN,

            Plaintiff,

    -against-                                           08-CV-1248 (SAS)

SMITHKLINE BEECHAM CORPORATION,                        STIPULATION AND ORDER
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

            Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended until 30 days after final transfer of the case to the MDL, absent any direction by the Court to the contrary.

03/07/2008 16:43 FAX                                                    ☒003/003
MAR-07-2008 14:43        PEPPER HAMILTON LLP                            P.03/03

Dated: March 7, 2008

*[signature]*                               *[signature]*

David Ratner                                Kenneth J. King (KK 3567)
Victoria J. Maniatis (VM 6388)              Suzanne D'Amico (SD 3581)
MORELLI RATNER PC                           PEPPER HAMILTON LLP
950 Third Avenue                            620 Eighth Avenue, 37th Floor
New York, New York 12550                    New York, NY 10018-1405

BALKIN & EISBROUCH, LLC                     and
David Eisbrouch
50 Main Street                              Nina M. Gussack, Esquire
Hackensack, NJ 07061                        PEPPER HAMILTON LLP
                                            3000 Two Logan Square
Attorneys for Plaintiff Carl Rian           18th and Arch Streets
                                            Philadelphia, PA 19103

                                            Attorneys for Defendant
                                            SmithKline Beecham Corporation
                                            d/b/a GlaxoSmithKline

                                            SO ORDERED.

                                            *[signature]*
                                            ──────────────────────
                                            United States District Judge

                                            Dated: 3/10/08

TOTAL P.03

# Pepper Hamilton LLP
##### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Suzanne D'Amico
direct dial: 212-808-2710
direct fax: 866-422-3073
damicos@pepperlaw.com

March 7, 2008

Via Email

The Honorable Judge Shira A. Scheindlin
Attn: Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re:    <u>Rian v. SmithKline Beecham 08 CV 1248</u>

Dear Judge Scheindlin:

    As counsel to defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, we are submitting the attached stipulation for an extension of time to respond to Plaintiff's Complaint in the above referenced matter. The original deadline to respond to the Complaint is March 13, 2008. This letter and attached stipulation represent the first request for an extension of time in this matter.

    This case involves allegations of personal injury due to plaintiff's use of the prescription medication Avandia. On October 16, 2007, the United States Judicial Panel on Multidistrict Litigation ("JPMDL") ordered that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania to the Honorable Cynthia M. Rufe. We anticipate that this case will be transferred to the MDL as a tag-along case in the near future, and as such, have requested an extension of time to respond to the Complaint until the case is transferred. As indicated in the attached stipulation, counsel for the plaintiff has consented to our request

Very truly yours,

*[signature]*
Suzanne D'Amico