A CERTIFIED TRUE COPY

MAR 2 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4-1-08
ATTEST:

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

#08-1248

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

APR 07 2008
S. D. OF N. Y.

**CONDITIONAL TRANSFER ORDER (CTO-)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 86 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 28 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                             MDL No. 1871

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

CALIFORNIA NORTHERN
   CAN  3  08-1057          John Pruett, Sr., etc. v. GlaxoSmithKline, et al.
   ~~CAN  3  08-1131~~       ~~Mohinder Khanna v. SmithKline Beecham Corp., et al.~~
                                  Opposed 3/28/08

NEW YORK EASTERN
   NYE  1  08-702           Patricio R. Mamot v. GlaxoSmithKline Pharmaceutical Co.

NEW YORK SOUTHERN
   NYS  1  08-1247          Hampleton Hicks v. SmithKline Beecham Corp., et al.
   NYS  1  08-1248          Carl Rian v. SmithKline Beecham Corp., et al.
   NYS  1  08-1249          Catherine Lambert v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
   OHN  1  08-398           Kathryn Lee Neige, et al. v. SmithKline Beecham Corp.

TENNESSEE EASTERN
   TNE  3  08-10            Arnold Bailey v. GlaxoSmithKline, Inc., et al.
   TNE  3  08-59            Pamela Gail Ward, etc. v. SmithKline Beecham Corp.

TEXAS SOUTHERN
   TXS  4  08-435           Stephanie Woods, et al. v. GlaxoSmithKline, Inc., et al.

UTAH
   UT   2  08-146           Linda Lloyd, et al. v. SmithKline Beecham Corp.